IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 12-00418-KD-M |
| | ) |
| ONE 2009 CHRYSLER 300 SEDAN, | ) |
| VIN #2C3KA53V69H607401, | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF FORFEITURE

This matter is before the Court on plaintiff's Motion for Order and Judgment of Forfeiture (Doc. 11). For cause shown, the Motion is **granted**.

On June 25, 2012, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, One 2009 Chrysler 300 Sedan, VIN # 2C3KA53V69H607401, alleging it subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4), which subjects to forfeiture all conveyances, including aircraft, vehicles, or vessels, which are used or intended for use to transport, or in any manner facilitate the transportation, sale, receipt, possession or concealment of property described in Title 21, United States Code, Section 881(a)(1), (a)(2), and (a)(9), including controlled substances.

As set forth in plaintiff's motion and exhibits, on the same date, the plaintiff sent a copy of the Complaint, Notice and Warrant for Arrest to all known potential claimants, notifying them of their right to file a claim in this Court within thirty five (35) days of the date that said notice was sent (by July 30, 2012) and to file a motion or an answer within 21 days thereafter, in accordance with Supplemental Rule G(4)(b)(ii)(B) and (C). Accordingly, known potential claimants to whom plaintiff sent direct notice had until

July 30, 2012, to file a claim, and until August 20, 2012, to file a motion or an answer. No such claim, motion or answer was filed.

On June 27, 2012, notice of this seizure and forfeiture action, of the right of any persons claiming legal interest in the defendant property to file a claim with the court and a motion or answer within 21 days thereafter was published on the Internet at www.forfeiture.gov from June 27, 2012 through July 26, 2012.  Any putative claimant who received notice from the internet had to file a claim by August 27, 2012.  No such claims, motions or answer have been filed, and the time to do so has expired.

All identifiable potential claimants have been sent notice.  All potential claimants have had adequate notice and time in which to file a claim, motion or an answer.  No such claims, motions or answers have been filed and the filing deadlines have expired.

On September 6, 2012, the U.S. Marshals Service executed the Warrant for Arrest issued by the Clerk thereby arresting the defendant,  One 2009 Chrysler 300 Sedan, VIN # 2C3KA53V69H607401, which gave the Court in rem jurisdiction over it.

With no claims, motions or answers having been filed in opposition to the forfeiture of said defendant, and there being no remaining issues, final disposition of this action is appropriate at this time.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1.  This Court has jurisdiction over the subject matter and the defendant vehicle, and the complaint states a claim upon which relief may be granted.

2.  In accordance with the Verified Complaint, the defendant, One 2009 Chrysler 300 Sedan, VIN # 2C3KA53V69H607401, is **ordered** forfeited to the plaintiff, the United States of America, pursuant to Title 21 U.S.C. § 881(a)(4), for disposition according to law.  A separate Judgment will be entered.

3

3. This Order and the accompanying Judgment resolving all matters and issues joined in this action, the Clerk of Court is directed to close this file for administrative and statistical purposes.

**DONE and ORDERED** this 23rd day of October, 2012.

s/ Kristi K. DuBose<br>
KRISTI K. DUBOSE<br>
UNITED STATES DISTRICT JUDGE